IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT KURTH,

        Plaintiff,

v.

                                                      Case No. 20-cv-809-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Scott Kurth against defendant Kilolo Kijakazi, Acting Commissioner of Social Security reversing the Commissioner's decision and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

    s/ K. Frederickson, Deputy Clerk                         9/09/2021
      Peter Oppeneer, Clerk of Court                                Date